# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>    Defendant. | Case No. 18-772 (EGS) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

This Stipulation of Settlement (Stipulation) is entered into between Plaintiff, Public Employees For Environmental Responsibility ("Plaintiff"), and Defendant U.S. Environmental Protection Agency ("EPA" or "Defendant"), (hereinafter collectively referred to as "the Parties"). The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

1.    Whereas, Plaintiff filed this suit in the United States District Court for the District of Columbia pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. 552, seeking release of certain information by EPA;

2.    Whereas, EPA has produced to Plaintiff responsive documents in connection with its FOIA request;

3.    Whereas, Plaintiff has informed EPA that it will not challenge any of EPA's withholdings;

4.    Whereas, this Stipulation constitutes a full and final resolution of all claims and allegations arising from the above-captioned civil action.

## **STIPULATION**

5.      Plaintiff hereby dismisses with prejudice any and all claims it now has or could have acquired against EPA or the United States of America ("United States"), or any department, agency, officer or employee of EPA and/or the United States related to or arising out of Plaintiff's FOIA request at issue in this action.

6.      Defendant agrees to pay Plaintiff's attorneys a lump sum of one thousand eight hundred dollars ($1,800), which sum shall be in complete and full satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature for attorney's fees and costs incurred in connection with the above-captioned civil action.

7.      Payment of the attorney's fees and costs will be made by electronic transfer, in the amount of one thousand eight hundred dollars ($1,800.00), and made payable to the Public Employees for Environmental Responsibility, c/o Paula Dinerstein, Esq. Plaintiff's counsel shall cooperate with defendant to insure that all documentation required to process this payment is complete and accurate. Payment shall be made as promptly as practicable, consistent with the normal processing procedures followed by the EPA, following the dismissal of the Complaint.

8.      The Plaintiff releases EPA and or the United States of America ("United States"), or any department, agency, officer or employee of EPA and/or the United States from any and all claims, past or present that Plaintiff has alleged or could have alleged against EPA or the United States, arising out of Plaintiff's FOIA request at issue in this action.

9.      This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

10. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

11. The Parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

12. This Stipulation of Settlement shall become effective only upon execution by all of the parties; however, this Stipulation of Settlement may be executed by the parties in several counterparts and shall constitute one Stipulation. The parties further agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

13. The parties request that the Court retain jurisdiction solely to enforce the terms of this settlement.

Respectfully submitted,

/s/
PAULA DINERSTEIN,
Public Employees for Environmental Responsibility
962 Wayne Avenue, Suite 610
Silver Spring, M.D. 20910
(202) 265-7337
pdinerstein@peer.org

Counsel for Plaintiff

JESSIE K. LIU
D.C. BAR # 472845
U.S. Attorney for the
District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

/s/ Patricia K. McBride
PATRICIA K. MCBRIDE,
Assistant United States Attorney

U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Counsel for Defendant